**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>           Plaintiff,                            )<br>                                                        )<br> v.                                                    )<br>                                                        )<br> MARTIN MARTINEZ-VALDEZ,       )<br>                                                        )<br>           Defendant.                         )<br>_____ ) | Case No. 08MJ1763<br><br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                                                                Respectfully submitted,

Dated: June 11, 2008                          /s/ Kris J. Kraus
                                                                        **KRIS J. KRAUS**
                                                                        Federal Defenders of San Diego, Inc.
                                                                        Attorneys for Defendant
                                                                        Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 11, 2008          */s/ Kris J. Kraus*
                              **KRIS J. KRAUS**
                              Federal Defenders of San Diego, Inc.
                              Kris_Kraus@fd.org